**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JOHN DANIEL WILLIAMS**                                                    **PLAINTIFF**

**v.**                                    **Case No. 2:25-cv-00238-JM**

**KEITH FINCH, Chief of Police, Dumas
Police Department,** *et al.*                                               **DEFENDANTS**

**ORDER**

Plaintiff John Daniel Williams's Complaint (Doc. 1) is dismissed without prejudice

because he failed to pay the filing fee or move to proceed *in forma pauperis*, failed to amend his

complaint as directed, and failed respond to the Court's February 23, 2026 Order as directed. (Doc.

4). LOCAL RULE 5.5(c)(2).

It is so ordered this  30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE